| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------<br>In Re:<br><br>    **KRISHAN SINGH,**<br><br>                                Debtor.<br>-----------------------------------------------------------x<br>ROBERT L. GELTZER, as Trustee<br>of the Estate of **KRISHAN SINGH**,<br><br>                            Plaintiff,<br><br>          -against-<br><br>    **KRISHAN SINGH**,<br><br>                               Defendant.<br>-----------------------------------------------------------x | 13-3589448<br>Hearing Date: 12/14/10<br>Time: 10:00 A.M.<br><br>Chapter 7<br><br>Case No. 09-44186 (JF)<br><br><br><br><br>Adv. Pro. No. 10-1145 (JF) |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that upon the annexed motion (the "Motion") of Robert L. Geltzer, Chapter 7 Trustee to the Estate of Krishan Singh (the "Trustee"), dated November 15, 2010, the undersigned will move before the Honorable Jerome Feller, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, on December 14, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, for entry of default judgment.

**PLEASE TAKE FURTHER NOTICE**, that any objections to the Motion shall be set forth in a writing describing the basis therefor, which shall be (i) filed with the Court electronically in accordance with the Court's General Order concerning revised electronic filing procedures, signed by Chief Judge Conrad B. Duberstein on December 26, 2002 (the "General Order")[1] by registered users of the Court's Electronic Case Filing system, and by all other

---

[1] The General Order and instructions regarding the Electronic Case Filing system can be found at www.nyeb.uscourts.gov, the official website for the United States Bankruptcy Court for the Eastern District of New York.

parties in interest on 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), and served in accordance with the General Order or by first-class mail, and (ii) served upon Law Offices of Robert L. Geltzer, counsel to the Trustee, 1556 Third Avenue, Suite 505, New York, New York 10128 (Attention: Robert L. Geltzer, Esq.); and attorney for the Debtor, Roman & Singh, LLP, 37-18 73rd Street, Suite 401, Jackson Heights, New York 11372 (Attention: Hector M. Roman, Esq.); and the United States Trustee, 271 Cadman Plaza East, Room 4529, Brooklyn, New York 11201 (Attention: Alicia M. Leonhard, Esq.); and upon all parties listed on the Service List attached, unless otherwise ordered by the Court, no later than seven (7) days prior to the Hearing.

Dated: New York, New York
       November 15, 2010

                                  Law Offices of
                                  ROBERT L. GELTZER
                                  Counsel to the Trustee
                                  Trustee for the Estate of Krishan Singh
                                  1556 Third Avenue, Suite 505
                                  New York, New York 10128
                                  (212) 410-0100

                                  By: /s/ Robert L. Geltzer
                                       Robert L. Geltzer (RG 4656)